**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DAVID TIMITOPE OYEBANJO,

    Petitioner,

v.                                      CASE NO. 4:12cv83-MP-CAS

ERIC H. HOLDER, JR., et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2012.  (Doc. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendants' motion to dismiss (doc. 12) is GRANTED and this case is DISMISSED as moot because petitioner has already been removed from the United States.

    **DONE and ORDERED** this 16th day of May, 2012.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**